# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS RAMOS, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 24-0816 |
| v. | : | |
| | : | |
| PROGRESSIVE SPECIALTY | : | |
| INSURANCE COMPANY, | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 31ˢᵗ day of July 2024, upon consideration of Defendant's *motion to dismiss for failure to state a claim*, (EFC 9), Plaintiff's response, (ECF 12), and Defendant's reply, (ECF 13), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**.  Accordingly, all claims asserted against Defendant Progressive Specialty Insurance Company are **DISMISSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*